William O. Pope and Essie Pope v. Commissioner.
Pope v. Commissioner
Docket No. 58070.
United States Tax Court
T.C. Memo 1958-162; 1958 Tax Ct. Memo LEXIS 65; 17 T.C.M. (CCH) 809; T.C.M. (RIA) 58162; August 28, 1958
*65 George M. Mott, Esq., Fletcher Trust Building, Indianapolis, Ind., for the petitioners. George H. Becker, Esq., for the respondent. VAN FOSSAN Memorandum Opinion VAN FOSSAN, Judge: Respondent determined deficiencies in income tax, addition to the tax, and overassessment in tax for the years and in the amounts as follows: Addition
De-
to tax (Sec.
Over-
Year
ficiency
294(d)(2)
assessment
1950
$239.84
1951
131.92
$1,747.05
1952
$308.36
In their petition taxpayers put in issue only the determination of the addition to tax under section 294(d)(2) in the amount of $1,747.05. At the hearing petitioners formally conceded the correctness of the deficiencies in tax for the years 1950 and 1951 in the amounts of $239.84 and $131.92, respectively. After submission of the case on stipulated facts, and after taxpayers had filed their brief, the parties, under date of August 15, 1958, filed a stipulation agreeing that there is no deficiency in addition to the tax due from the petitioners under section 294(d)(2) of the Internal Revenue Code of 1939, and that there is no overpayment for the year 1951. Decision will be entered *66 under Rule 50.